```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 16-03239-MDF
Nicola Jane Clancy                                                  Chapter 13
       Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: TWilson              Page 1 of 1            Date Rcvd: Aug 08, 2016
                              Form ID: pdf010            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2016.
db             +Nicola Jane Clancy,   55 Griffith Lane,   Manchester, PA 17345-9641
               +United States Postal Service,   Attn: Payroll Administrator,
                 St. Louis General Law Service Center,   1720 Market Street, Room 4200,
                 Saint Louis, MO 63155-9903
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2016                              Signature:   /s/Joseph Speetjens

---

                         **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Paul Donald Murphy-Ahles    on behalf of Debtor Nicola Jane Clancy pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| NICOLA JANE CLANCY, | : | Case No. 1:16-BK-03239 |
| | : | |
| Debtor(s) | : | Debtor(s)' Motion to |
| | : | Authorize Wage Attachment |

### ORDER

Upon consideration of the above-referenced Debtor(s) having filed a Chapter 13 Plan under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

IT IS HEREBY **ORDERED** that until further Order of this Court, the entity from who the Debtor, Nicola Jane Clancy, receives income from:

United States Postal Service
Attn: Payroll Administrator
St. Louis General Law Service Center
1720 Market Street, Room 4200
Saint Louis, MO 63155

Should deduct from said Debtor's income the sum of **$117.69** from each **bi-weekly** paycheck, or such other sums as Debtor(s) may from time to time direct, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor(s) receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to Debtor, Nicola Jane Clancy, and to remit the deductible sums to:

Charles J. DeHart, III
Standing Chapter 13 Trustee
PO Box 7005
Lancaster, PA 17604

IT IS FURTHER **ORDERED** that the entity from whom the Debtor, Nicola Jane Clancy, receives income shall notify the Trustee if said Debtor's income is terminated and the reason therefore.

IT IS FURTHER **ORDERED** that all remaining income of the Debtor, Nicola Jane Clancy, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to said Debtor in accordance with usual payment procedure.

IT IS FURTHER **ORDERED** that the employer will place the Bankruptcy Case Number and the name of the Debtor(s) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

By the Court,

*Mary D. France*
Bankruptcy Judge
(JK)

Dated: August 8, 2016