```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 16-03239-MDF
Nicola Jane Clancy                                              Chapter 13
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0314-1       User: TWilson          Page 1 of 2          Date Rcvd: Sep 14, 2016
                           Form ID: ntcnfhrg      Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2016.
```
db             +Nicola Jane Clancy,    55 Griffith Lane,    Manchester, PA 17345-9641
4819565       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:   Capital One Bank USA,    15000 Capital One Drive,
                Henrico, VA 23238)
4819564       #+Capital One,    P.O. Box 5253,    Carol Stream, IL 60197-5253
4826941         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
4819566        +Chase Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
4819567        +Chase Mortgage,    P.O. Box 24696,    Columbus, OH 43224-0696
4819568        +Comenity Bank/bon ton,    3100 Easton Square Pl,    Columbus, OH 43219-6232
4819571        +F.H. Cann & Associates,    1600 Osgood St,    Suite 20-2/120,    North Andover, MA 01845-1048
4819572        +HSBC Boscovs,    P.O. Box 4274,    Reading, PA 19606-0674
4819575        +Santander Bank NA,    PO Box 841002,    Boston, MA 02284-1002
4819577         Wellspan Medical Group,    1803 Mt. Rose Ave.,    Suite B-3,    York, PA 17403-3051
4819579        +Zwicker & Associates, PC,    3220 Tillman Drive, Suite 215,    Bensalem, PA 19020-2028
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4819569         E-mail/Text: mrdiscen@discover.com Sep 14 2016 20:02:17      Discover Financial Services LLC,
                P.O. Box 15316,    Wilmington, DE 19850
4821276         E-mail/Text: mrdiscen@discover.com Sep 14 2016 20:02:17      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
4827518        +E-mail/Text: cio.bncmail@irs.gov Sep 14 2016 20:02:31      Internal Revenue Service,
                P O BOX 7346,   Philadelphia PA 19101-7346
4819573        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 14 2016 20:07:19      LVNV Funding,
                PO Box 10497,    Greenville, SC 29603-0497
4824909         E-mail/Text: bkr@cardworks.com Sep 14 2016 20:02:15      MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
4819574        +E-mail/Text: bkr@cardworks.com Sep 14 2016 20:02:15      Merrick Bank,    P.O. Box 9201,
                Old Bethpage, NY 11804-9001
4830214        +E-mail/Text: n.miller@santander.us Sep 14 2016 20:03:35      Santander Bank, N.A.,
                601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3544
                                                                                              TOTAL: 7
```
```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4819570*      ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                (address filed with court:   Discover Financial Services LLC,    P.O. Box 15316,
                Wilmington, DE 19850)
4819576*       +Santander Bank NA,    PO Box 841002,    Boston, MA 02284-1002
4819578*        Wellspan Medical Group,    1803 Mt. Rose Ave.,    Suite B-3,    York, PA 17403-3051
4819580*       +Zwicker & Associates, PC,    3220 Tillman Drive, Suite 215,    Bensalem, PA 19020-2028
                                                                                 TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1           User: TWilson              Page 2 of 2                  Date Rcvd: Sep 14, 2016
                               Form ID: ntcnfhrg          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2016 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          Paul Donald Murphy-Ahles    on behalf of Debtor Nicola Jane Clancy pmurphy@dplglaw.com,
           kgreene@dplglaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Nicola Jane Clancy<br>Debtor(s) | Chapter | 13 |
| | Case No. | 1:16−bk−03239−MDF |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**October 13, 2016** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: November 9, 2016<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: TWilson |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 14, 2016 |