United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-03239-HWV |
| Nicola Jane Clancy | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 16, 2021 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | United States Postal Service, Attn: Payroll Administrator, St. Louis General Law Service Center, 1720 Market Street, Room 4200, Saint Louis, MO 63155-9903 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Flagstar Bank FSB pamb@fedphe.com |
| Joshua I Goldman | on behalf of Creditor JPMorgan Chase Bank National Association josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Mario John Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Nicola Jane Clancy pmurphy@dplglaw.com kgreene@dplglaw.com |

Rebecca Ann Solarz
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com

Thomas Song
    on behalf of Creditor Flagstar Bank FSB tomysong0@gmail.com

Thomas I Puleo
    on behalf of Creditor JPMorgan Chase Bank National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Nicola Jane Clancy<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:16-BK-03239-HWV<br><br>**Matter:** Motion for Termination of Wage Attachment Order |

## ORDER OF COURT

UPON CONSIDERATION of the above-referenced Debtor(s)' Motion for Termination of Wage Attachment Order, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1 receives income should immediately cease the wage attachment in the amount of **$117.69** from each **bi- weekly** paycheck.

Dated: September 16, 2021

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge (CD)