UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

NICOLA JANE CLANCY                              Case No.: 1-16-03239-HWV
                                                Chapter 13

        Debtor(s)

                        NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**              **MORTGAGE INFORMATION**
Creditor Name:           FLAGSTAR BANK
Court Claim Number:      011
Last Four of Loan Number: 7186 prearrears 55 griffin lane
Property Address if applicable: 55 GRIFFITH LANE, , MANCHESTER, PA17345

**PART 2:**              **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a.  Allowed prepetition arrearages:                                     $1,165.76
b.  Prepetition arrearages paid by the Trustee:                         $1,165.76
c.  Amount of postpetition fees, expenses, and charges recoverable
    Under Bankruptcy Rule 3002.1(c):                                    $0.00
d.  Amount of postpetition fees, expenses, and charges recoverable
    Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:            $0.00
e.  Allowed postpetition arrearage:                                     $0.00
f.  Postpetition arrearages paid by the Trustee:                        $0.00
g.  Total b, d, f:                                                      $1,165.76

**PART 3:**              **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**              **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: September 23, 2021          Respectfully submitted,

        s/ Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        Suite A, 8125 Adams Drive
        Hummelstown, PA 17036
        Phone: (717) 566-6097
        Fax: (717) 566-8313
        eMail: info@pamd13trustee.com

Creditor Name: FLAGSTAR BANK
Court Claim Number: 011

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|-----------|----------|------------|
| 0110 | 1194004 | 11/08/2018 | $102.92 | $0.00 | $102.92 |
| 0110 | 1195383 | 12/13/2018 | $219.14 | $0.00 | $219.14 |
| 0110 | 1196779 | 01/10/2019 | $219.14 | $0.00 | $219.14 |
| 0110 | 1197852 | 02/07/2019 | $219.14 | $0.00 | $219.14 |
| 0110 | 1199020 | 03/12/2019 | $171.93 | $0.00 | $171.93 |
| 0110 | 1200369 | 04/11/2019 | $233.49 | $0.00 | $233.49 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

NICOLA JANE CLANCY                                   Case No.: 1-16-03239-HWV
                                                     Chapter 13

            Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 23, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| PAUL MURPHY-AHLES ESQUIRE<br>DETHLEFS, PYKOSH & MURPHY<br>2132 MARKET STREET<br>CAMP HILL PA, 17011- | SERVED ELECTRONICALLY |
| FLAGSTAR BANK FSB<br>ATT CUSTOMER SERVICE DEPT<br>5151 CORPORATE DR<br>TROY, MI, 48098-2639 | SERVED BY 1ST CLASS MAIL |
| NICOLA JANE CLANCY<br>55 GRIFFITH LANE<br>MANCHESTER, PA 17345 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 23, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com