United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Nicola Jane Clancy  
    Debtor

Case No. 16-03239-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Sep 30, 2021      Form ID: 3180W      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicola Jane Clancy, 55 Griffith Lane, Manchester, PA 17345-9641 |
| 4819571 | + | F.H. Cann & Associates, 1600 Osgood St, Suite 20-2/120, North Andover, MA 01845-1048 |
| 5155881 | | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263 |
| 5155882 | | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263, Flagstar Bank, FSB, P.O. Box 660263 Dallas, TX 75266-0263 |
| 4819575 | + | Santander Bank NA, PO Box 841002, Boston, MA 02284-1002 |
| 4830214 | + | Santander Bank, N.A., 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 4837357 | + | York Hospital, 1001 S George St, York, PA 17403-3645 |
| 4819579 | + | Zwicker & Associates, PC, 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4819565 | | EDI: CAPITALONE.COM | Sep 30 2021 22:58:00 | Capital One Bank USA, 15000 Capital One Drive, Henrico, VA 23238 |
| 4819564 | + | EDI: CAPITALONE.COM | Sep 30 2021 22:58:00 | Capital One, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 4826941 | | EDI: CAPITALONE.COM | Sep 30 2021 22:58:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4863372 | + | EDI: BASSASSOC.COM | Sep 30 2021 22:58:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 4819568 | + | EDI: WFNNB.COM | Sep 30 2021 22:58:00 | Comenity Bank/bon ton, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 4819569 | | EDI: DISCOVER.COM | Sep 30 2021 22:58:00 | Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 4821276 | | EDI: DISCOVER.COM | Sep 30 2021 22:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4819572 | + | EDI: HFC.COM | Sep 30 2021 22:58:00 | HSBC Boscovs, P.O. Box 4274, Reading, PA 19606-0674 |
| 4827518 | + | EDI: IRS.COM | Sep 30 2021 22:58:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 4895886 | | EDI: JPMORGANCHASE | Sep 30 2021 22:58:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 4819566 | | EDI: JPMORGANCHASE | Sep 30 2021 22:58:00 | Chase Card, P.O. Box 15298, Wilmington, DE |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 4819567 | | EDI: JPMORGANCHASE | Sep 30 2021 22:58:00 | Chase Mortgage, P.O. Box 24696, Columbus, OH 43224 |
| 4819573 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 19:00:18 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 4837469 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 19:00:21 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4824909 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 30 2021 19:00:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4819574 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 30 2021 19:00:23 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 4836781 | | EDI: Q3G.COM | Sep 30 2021 22:58:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 4819570 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 4819576 | *+ | Santander Bank NA, PO Box 841002, Boston, MA 02284-1002 |
| 4819578 | * | Wellspan Medical Group, 1803 Mt. Rose Ave., Suite B-3, York, PA 17403-3051 |
| 4819580 | *+ | Zwicker & Associates, PC, 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |
| 4819577 | ## | Wellspan Medical Group, 1803 Mt. Rose Ave., Suite B-3, York, PA 17403-3051 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Flagstar Bank FSB pamb@fedphe.com |
| Joshua I Goldman | on behalf of Creditor JPMorgan Chase Bank National Association josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |

| Name | Description |
|---|---|
| Mario John Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Nicola Jane Clancy pmurphy@dplglaw.com kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor Flagstar Bank FSB tomysong0@gmail.com |
| Thomas I Puleo | on behalf of Creditor JPMorgan Chase Bank National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Nicola Jane Clancy<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5933<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:16–bk–03239–HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nicola Jane Clancy

9/30/21

**By the court:**

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**